# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1397

_____

| | | |
|---|---|---|
| Paul Michael Blaise, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Dr. Jason Smith; PSS Hope Prentice; | * | Northern District of Iowa. |
| PSS Hirschman; TPS Jennifer | * | |
| Macklem, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: November 23, 2009
Filed: January 12, 2010

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Paul Blaise appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Upon careful review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo review), we affirm the dismissal for the reasons stated by the district court, see 8th Cir. R. 47B. However, to the extent Blaise's claims for damages were dismissed pursuant to Heck v. Humphrey, 512 U.S. 477, 486-87

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

(1994), we modify the dismissal to be without prejudice, <u>see</u> <u>Schafer v. Moore</u>, 46 F.3d 43, 45 (8th Cir. 1995) (per curiam) (dismissal under <u>Heck</u> should be without prejudice so plaintiff can refile if he satisfies <u>Heck</u> requirements).

_____